IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

UNITED STATES OF AMERICA,

        Plaintiff,

v.                                             Case No. 14-10132-01-JTM

JOSEPH D. RUSSELL,

        Defendant.

## MEMORANDUM AND ORDER

Before the court is defendant Joseph D. Russell's Motion to Preclude Expert Testimony (Dkt. 16). Defendant seeks to preclude all expert testimony offered by the government, alleging a failure to disclose expert summaries per Rule 16(a)(1)(G). The motion was considered at a scheduling conference held on October 27, 2014, where defendant participated through counsel. The court has considered the testimony to be offered by the government and will not exclude it on such grounds.

IT IS ACCORDINGLY ORDERED this 6th day of November, 2014, that defendant's Motion (Dkt. 16) is DENIED.

                                                  s/ J. Thomas Marten
                                                  J. THOMAS MARTEN, JUDGE